**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _18 - MJ - 02336 - JG_

UNITED STATES OF AMERICA

vs.

JAMES CHATELIAN,

      Defendant.

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States
Attorney's Office prior to October 14, 2003?    _____ Yes   __X__   No

                Respectfully submitted,

                BENJAMIN G. GREENBERG
                ACTING UNITED STATES ATTORNEY

By:    _____
                Rilwan Adeduntan
                Assistant United States Attorney
                Florida Bar No. A5502193
                99 N. E. 4th Street, 6th Floor
                Miami, Florida 33132-2111
                Telephone: (305) 961-9034
                Fax: (305) 530-7976
                Rilwan.Adeduntan@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAMES CHATELIAN, | ) | Case No. 18- mj -02336- JG |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 7, 2018 _____ in the county of _____ Miami-Dade _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher A. Goodrich, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 03/07/2018 _____

_____
Judge's signature

City and state: _____ Miami, Florida _____     Hon. Jonathan Goodman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Christopher A. Goodrich, having first been duly sworn, hereby depose and state as follows:

### I.       INTRODUCTION AND AGENT BACKGROUND

1.       I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2016.   I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography.   I received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants.   I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.   Prior to working as a Special Agent with the FBI, I was a police officer in Norfolk, Virginia from 2007 to 2016.

2.       The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause that James CHATELIAN did knowingly access with intent to view matter that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

3.       The information in this Affidavit is based on my personal knowledge and information provided to me by others, including other law enforcement personnel.   The

information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint.   Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the facts learned during the investigation.

## II.   <u>PROBABLE CAUSE</u>

4.     Between December 27, 2017, and January 7, 2018, law enforcement, while working in an undercover capacity, was signed into the internet through a computer located in the Miami Division of the FBI.   Law enforcement utilized an enhanced version of a publicly available P2P file-sharing program (BitTorrent) to identify individuals sharing images and/or videos, which depicted the sexual exploitation of children.

5.     During the investigation, a computer was identified on the BitTorrent client P2P file sharing network that was associated with a torrent file believed to contain files that depict child pornography.   Specifically, IP address **174.61.60.85** (hereinafter referred to as "Target IP Address") was listed as utilizing BitTorrent and sharing files with hash values of images and videos of suspected child pornography.

6.     Between December 27, 2017, and January 7, 2018, law enforcement successfully completed the download of several video and image files depicting child pornography that the computer at the Target IP Address was making available.

7.     Law enforcement reviewed all of the files.   It was determined that the files depicted children under the age of eighteen (18) engaged in sexual acts and/or poses consistent with child pornography.   A sample of three (3) of the files downloaded are described as follows:

**A)**   **File name: 2040**
This video depicts what appears to be a prepubescent female engaged in vaginal sex with an adult man penis while kissing a nude prepubescent female.   This video is 4:05 in duration.

**B)**   **File name: littleThaiboy&Girl_b.avi**
This video depicts what appears to be a prepubescent male engage in vaginal sex with an early pubescent female.   This video is 8:07 in duration.

**C)**   **File name: intro - DD**
This video depicts what appears to be a female toddler with her head between a nude adult females legs, a female toddler being vaginally penetrated by adult male fingers, and a nude toddler suspended and bond. This video is 1:15 in duration.

8.   A search of a publicly available online database indicated that the Target IP Address listed above was registered to Comcast.   Comcast indicated that for the date the files were downloaded, the Target IP Address was assigned to an account registered to an individual with the initials "M.S." who resided at 1720 NW 55th Street, Miami, Florida 33142 (hereinafter referred to as "CHATELIAN's address").

9.   On February 5, 2018, and February 23, 2018, law enforcement conducted physical surveillance at CHATELIAN's address.   A Green Toyota bearing Florida Tag DECB18 was observed parked in the driveway of CHATELIAN's address.   A database check for the tags revealed that the car was registered to M.S., at CHATELIAN's address.

10.   A search of the publicly available Miami-Dade County Property Appraiser online database indicated CHATELIAN's address was owned by M.S. and F.S.

11.   On March 5, 2018, a Magistrate Judge authorized a search warrant (18-mj-2318-JG) for CHATELIAN's address.   During the execution of the search warrant, CHATELAIN was found at his address.   CHATELAIN was provided his *Miranda* warnings, which he waived. CHATELIAN admitted to living at his address with his family.   CHATELIAN also admitted to

3

using a red and black Acer laptop to download and view child pornography.   CHATELAIN also

provided his password to allow law enforcement to search the laptop.

12.   The following files were recovered from CHATELAIN's laptop:

A)   File name: **Boy girl sex 6yo.avi**
This video depicts a prepubescent female having sexual intercourse with prepubescent male.   This video is 4:45 in duration.

B)   File name: **EasterBunnu.mkv**
This video depicts a prepubescent female masturbating and performing oral sex on and adult male.   This video is 5:03 in duration.

C)   File name: **estefy enh sentada y montada.wmv**
This video depicts a prepubescent female having sex with an adult male. This video is 3:30 in duration.

D)   File name: **Pedo Lolita pthc hussyfan two preteen lesbian to cam.avi**
This video depicts prepubescent females masturbating.   This video is 7:54 in length and was created and saved to his laptop on February 25, 2018.

[Space intentionally left blank]

4

## CONCLUSION

13.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that JAMES CHATELAIN did knowingly access with intent to view matter that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Christopher A. Goodrich, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 2ⁿᵈ day of March, 2018.

_____
HON. JONATHAN GOODMAN,
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** 18- mj -02336-JG

## BOND RECOMMENDATION

DEFENDANT: James Chatelian

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Rilwan Adeduntan

Last Known Address: 1720 NW 55th Street,

Miami, Florida 33142

What Facility: _____

Agent(s): Christopher A. Goodrich

(**FBI**)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (OTHER)